```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3024 |
| | ) | |
| V. | ) | |
| | ) | |
| HECTOR RODRIGUEZ JR., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's motion to file under seal, filing 30, is granted, and filing 31 shall remain filed under seal.

2. A hearing on defendant's motion to review detention, filing 31, will be held before the undersigned on April 21, 2008 immediately following the hearing on defendant's motion to suppress.

DATED this 15th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge