IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )           4:08CR3024
                                 )
           v.                    )
                                 )
HECTOR RODRIGUEZ JR.,            )              ORDER
                                 )
                 Defendant.      )
                                 )

        IT IS ORDERED:

        Defendant's motion, filing 42, to amend the prospective
Order Setting Conditions of Release is granted, and condition
7(c) of the prospective order has been amended accordingly.

        DATED this 23rd day of May, 2008.

                                 BY THE COURT:

                                 s/ *David L. Piester*

                                 David L. Piester
                                 United States Magistrate Judge