IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:08CR3024 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| HECTOR RODRIGUEZ, JR. and ) | |
| LUIS ALFONSO RUIZ, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Motion of the United States (Filing No. 48), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Hector Rodriguez, Jr. And Luis Alfonso Ruis.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 48) is granted.

Dated this 18th day of June, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*
United States District Judge